# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILDA FORDE,**

       **Plaintiff,**

**v.**                                                **Case No:   6:15-cv-624-Orl-40GJK**

**UNITED PARCEL SERVICE,**

       **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT AND PLAINTIFF'S RENEWED MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 55)** |
| **FILED:** | **September 28, 2016** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

On February 1, 2016, the Court entered an order granting in part and denying in part the Defendant's motion to dismiss. Doc. No. 47. In the order, the Court directed Plaintiff to file a second amended complaint on or before February 22, 2016. Doc. No. 47 at 8. The Court warned Plaintiff that failure to file a second amended complaint in the time provided would result in the case being closed without further notice. *Id*. Plaintiff failed to file a second amended complaint. Accordingly, on February 25, 2016, the Court entered an order directing the Clerk to close the case. Doc. No. 50. Thus, this case is closed.

On September 15, 2016, Plaintiff filed filed what appears to be a second amended complaint and a request to proceed in forma pauperis (the "Second Amended Complaint"). Doc. Nos. 54; 54-1. On September 28, 2016, the Defendant filed the instant Motion to Strike Plaintiff's Amended Complaint and Plaintiff's Renewed Motion to Proceed In Forma Pauperis (the "Motion"). Doc. No. 55. Pursuant to Rule 12(f), Federal Rules of Civil Procedure, Defendant argues the Second Amended Complaint is an untimely and improper filing, which should be stricken. *Id*.

Rule 12(f), Federal Rules of Civil Procedure, provides that the Court may strike "an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). This case is closed. The Second Amended Complaint is an untimely, immaterial, and impertinent document. Doc. Nos. 54; 54-1. Accordingly, it is hereby **RECOMMENDED** that:

1. The Motion (Doc. No. 55) be **GRANTED**; and

2. The Clerk be directed to **STRIKE and RETURN** the Second Amended Complaint (Doc. Nos. 54; 54-1).

<u>**NOTICE TO PARTIES**</u>

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 11, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy