**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WILDA FORDE,

        Plaintiff,

v.                                                Case No:  6:15-cv-624-Orl-40GJK

UNITED PARCEL SERVICE,

        Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Motion to Strike Plaintiff's Amended Complaint and Plaintiff's Renewed Motion to Proceed in forma paurperis (Doc. 55) filed on September 28, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 11, 2016 (Doc. 56), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Strike Plaintiff's Amended Complaint and Plaintiff's Renewed Motion to Proceed in forma paurperis (Doc. 55) is **GRANTED**.

3. The Clerk is **DIRECTED** to **STRIKE and RETURN** the Second Amended Complaint (Doc. 54, 54-1).

**DONE AND ORDERED** in Orlando, Florida on December 6, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties